# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145056

JOSEPH SZYSZLO,
        Plaintiff-Appellee,

v

LEIGH AKOWITZ, A. HEINRICH, MABLE
ALVERSON, TRINITY HEALTH-MICHIGAN,
d/b/a ST. JOSEPH MERCY HOSPITAL, and
TRINITY HEALTH-MICHIGAN, d/b/a
ST. JOSEPH MERCY HOSPITAL PONTIAC,
        Defendants-Appellees,

and

JOFFER HUSSEIN HAKIM, M.D. and
BLOOMFIELD ANESTHESIA, P.C.,
        Defendants-Appellants.
_____/

SC: 145056
COA: 299570
Oakland CC: 2008-095024-NH

On order of the Court, the application for leave to appeal the March 22, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

d0716